■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN BOYD, Appellant. [33 NYS3d 810]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.),

rendered March 6, 2013. The judgment revoked a sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Carni, Curran and Scudder, JJ.